In the Matter of the Application of FRANK ELKIN for an Order Directing HUGH B. MONJAR to Arbitrate a Certain Dispute Pursuant to the Provisions of the Contract.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FOX-CHASE KNITTING MILLS, INC., Appellant, v. JACOB HANDAL and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK MARSDEN and Others, Respondents, v. GEORGE W. HARRIS and ROBERT P. CLARKE, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK MARSDEN and Others, Respondents, v. GEORGE W. HARRIS and Others, Defendants, Impleaded with RALPH B. LEONARD and RALPH B. LEONARD & Co., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

OTTO KOERNER, as Administrator, etc., of HENRY KOERNER, Deceased, Respondent, v. PATENT SCAFFOLDING COMPANY, Defendant, and HENRY MANDEL BUILDING Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HERMINE MOSER, as Administratrix, etc., of ALFRED MOSER, Deceased, Respondent, v. HENRY MANDEL BUILDING Co., INC., Appellant, and PATENT SCAFFOLDING COMPANY, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABE LOUIS, Appellant, v. SUSAN D. GRIFFITH, Respondent.— Order entered on or about July 9, 1931, reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Order entered on or about July 22, 1931, affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDWARD MCGRATH, Respondent, v. WILLIAM ANTHONY MCGUIRE, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MILDRED G. MORRIS v. MYRON I. MORRIS.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRAND CENTRAL SURETY COMPANY v. CENTURY MALT AND HOP STORE, INC., and Others.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

REUBEN WEINBERG v. MAXWELL MORTGAGE SECURITIES CORPORATION and Others, Impleaded with LAWRENCE RUKEYSER.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.